IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES REDDEN, | ) | No. C 11-0998 JSW (PR) |
| Plaintiff, | ) ) | **ORDER OF TRANSFER** |
| v. | ) ) | |
| DR. JESUS FERNANDEZ; PAC ESCONTINI; JOHN DOE; | ) ) ) | **(Docket Nos. 2, 3)** |
| Defendants. | ) ) | |

Plaintiff, a federal prisoner incarcerated at the Federal Correctional Institute in Dublin, California ("Dublin"), filed this pro se civil rights complaint. Although Plaintiff currently is incarcerated at Dublin, the two named Defendants are located at the United States Penitentiary in Victorville, California ("Victorville"), and the bulk of his claims arise out of events occurring at Victorville.[1] Victorville is located within the venue of the United States District Court for the Central District of California.

When, as here, jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no

---

[1] One unnamed defendant is located at Dublin, within the venue of this court.

district in which the action may otherwise be brought.  28 U.S.C. § 1391(b).  As there are defendants located in both the Northern and Central Districts, under Section 1391(b), venue is allowed in either district.

However, where an alternative forum with greater relation to the defendants or the action exists than the forum in which the action was filed, 28 U.S.C. § 1404(a) allows transfer of a case from one federal district court to another "[f]or the convenience of parties and witnesses, in the interest of justice."  As the majority of the defendants, and the only named ones, are located in the Central District and the majority of the claims arise from events occurring there, the Central District has a greater relation to both defendants and the claims than does this Court.

Accordingly, IT IS ORDERED in the interest of justice and for the convenience of both the parties and the witnesses, and pursuant to 28 U.S.C. § 1404(a), that this action be TRANSFERRED to the United States District Court for the Eastern District of California.  In light of the transfer, the Court will not resolve Plaintiff's request for leave to proceed *in forma pauperis* or his motion for injunctive relief, and the Clerk shall terminate docket number 2 from this Court's docket.

The Clerk of the Court shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED:  March 29, 2011

JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE |
| | NORTHERN DISTRICT OF CALIFORNIA |

CHARLES REDDEN,

        Plaintiff,

  v.

JOHN DOE et al,

        Defendant.
        _____/

Case Number: CV11-00998 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 29, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles L. Redden
UHN513
5325 Broder Blvd.
Dublin, CA 94568

Dated: March 29, 2011

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk